IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ASBERRY,

     Plaintiff,                    No.  2:09-cv-01494 MCE KJN P

     vs.

MATHEW CATE, et al.,

     Defendants.             <u>ORDER</u>

_____/

     Plaintiff requests an extension of time to respond to this court's order filed December 28, 2010 (Dkt. No. 7 ), which accorded plaintiff the option of filing an amended complaint or submitting documents to complete service of process on two defendants identified in plaintiff's initial complaint.  Plaintiff states that he is in administrative segregation and received the court's order only two weeks ago.  Prior to submitting his request for an extension of time, plaintiff requested that the court provide additional USM-285 forms to serve defendants for whom the court did not find that plaintiff stated a potentially cognizable claim in his initial complaint.

     Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

     1. Plaintiff's motion (Dkt. No. 10) for additional USM-285 forms to serve additional defendants is denied without prejudice; and

        2. Plaintiff's motion (Dkt. No. 11) for an extension of time within which to respond to the court's order filed December 28, 2010, is granted; and

        3. On or before February 25, 2011, plaintiff <u>shall</u> (1) return the Notice of Submission of Documents attached to the court's prior order, <u>and</u> (2) file an amended complaint, <u>or</u> (2) submit the appropriate documents to effect service of process of plaintiff's original complaint on defendants Phelps and Hernandez.

        SO ORDERED.

DATED:   January 25, 2011

                                   _____
                                   KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE

asbe1494.eot.ord