1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TONY ASBERRY,

11              Plaintiff,                    No. 2:09-cv-1494 MCE KJN P

12         vs.

13    MATHEW CATE, et al.,

14              Defendants.            <u>ORDER</u>

15    _____/

16              Plaintiff is a state prisoner proceeding without counsel and in forma pauperis

17    pursuant to 28 U.S.C. § 1915.  By order filed December 28, 2010, the court determined that

18    plaintiff's complaint states a potentially cognizable claim for relief against defendants Hernandez

19    and Phelps.  Although plaintiff was granted leave to file an amended complaint, he has chosen to

20    proceed on his original complaint and has provided all information necessary to effect service of

21    process on these defendants *except* copies of the complaint.  Plaintiff was sent a copy of his file-

22    endorsed complaint on December 28, 2010.  (Dkt. No. 7; <u>see</u> <u>also</u> Dkt. Nos. 12, 15.)  Plaintiff

23    must now submit *three copies* of his endorsed complaint to authorize service of process by the

24    United States Marshal.

25    ////

26    ////

                                        1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall, within fourteen (14)

2 days after service of this order, submit to the court three (3) copies of plaintiff's endorsed

3 complaint filed on June 1, 2009 (Dkt. No. 1).

4 DATED:  March 8, 2011

5

6

KENDALL J. NEWMAN
7 UNITED STATES MAGISTRATE JUDGE

8 asbe1494.8.kjn.prvsnl

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26