1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY ASBERRY,

11          Plaintiff,                    No.  2:09-cv-01494 MCE KJN P

12      vs.

13   MATTHEW CATE, et al.,

14          Defendants.              ORDER

15   _____/

16          On June 6, 2011, defendants filed a motion to dismiss a portion of this action,

17   pursuant to Federal Rule of Civil Procedure 12(b), and Local Rule 230(m).  Defendants seek to

18   dismiss plaintiff's Eighth Amendment claim against defendant Phelps.  Plaintiff has not opposed

19   the motion.

20          Local Rule 230(*l*) provides in part:  "Failure of the responding party to file written

21   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

22   the granting of the motion . . . ."  On March 29, 2011, plaintiff was advised of the requirements

23   for filing an opposition to the motion and that failure to oppose such a motion may be deemed a

24   waiver of opposition thereto.

25          Local Rule 110 provides that failure to comply with the Local Rules "may be

26   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1   inherent power of the Court." In the order filed March 29, 2011, plaintiff was advised

2   that failure to comply with the Local Rules may result in a recommendation that the action be

3   dismissed.

4              Good cause appearing, IT IS HEREBY ORDERED that:

5              1. Within thirty days after the filing date of this order, plaintiff shall:

6                   (a) Show cause in writing why he did not timely file an opposition or

7   statement of non-opposition to defendants' motion to dismiss; and

8                   (b) File an opposition, or statement of non-opposition, to the motion to

9         dismiss.

10             2. Failure to timely comply with this order will result in a recommendation that

11  the subject claim be dismissed, and the issuance of an order to show cause why this action should

12  not be dismissed in its entirety.

13  DATED:  August 23, 2011

14

15                                      _____
                                        KENDALL J. NEWMAN
16                                      UNITED STATES MAGISTRATE JUDGE

17   asbe1494.osc.mtd

18

19

20

21

22

23

24

25

26