IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TONY ASBERRY,<br><br>              Plaintiff,<br><br>       v.<br><br>MATTHEW CATE, et al. ,<br><br>              Defendants. | 2:09-cv-01494 MCE KJN P<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO FILE DECLARATION OF DR. BREGMAN UNDER SEAL** |

Good cause appearing, Defendants' request to file under seal the declaration of Dr. Bregman is hereby granted. <u>See</u> Local Rule 141.  The Clerk of Court is directed to file under seal the separately lodged declaration of Dr. Bregman.  (<u>See</u> Dkt. No. 46.)  The Court will review the information in camera in relation to Defendants' opposition to Plaintiff's motion for a preliminary injunction and the declaration will be destroyed or returned to Defendants' counsel at the close of this case. Within five days after service of this order, Defendants shall serve Plaintiff with a copy of Dr. Bregman's declaration, filed under seal herein.

   DATED:  October 4, 2011

asbe1494.seal.doc

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order  (2:09-cv-01494 MCE KJN )