IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TONY ASBERRY,** | 2:09-cv-01494 MCE KJN P |
| Plaintiff, | |
| v. | |
| **MATTHEW CATE, et al.,** | [~~PROPOSED~~] ORDER |
| Defendants. | |

Defendants' motion to modify the scheduling order was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' request is granted.  The deadline for filing dispositive motions in this action is extended to Monday, December 3, 2012.

Prison staff should accord plaintiff adequate library time to research and prepare a motion for summary judgment and/or an opposition to defendants' motion for summary judgment.

**Date:  11/1/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

asbe1494.prop.ord.eot.docx

1