1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12

**TONY ASBERRY,**                          2:09-cv-01494 MCE KJN P

13
                                   Plaintiff,
14
                **v.**
15
                                                    [~~PROPOSED~~] ORDER
16  **MATTHEW CATE, et al. ,**

17                                 Defendants.

18

19        Defendants' motion to modify the scheduling order was considered by this Court and, good

20  cause appearing,

21        **IT IS HEREBY ORDERED** that Defendants' request is granted.  The deadline for filing

22  dispositive motions in this action is extended to Monday, December 3, 2012.

23        Prison staff should accord plaintiff adequate library time to research and prepare a motion

24  for summary judgment and/or an opposition to defendants' motion for summary judgment.

25  **Date:  11/1/2012**

26                                    _Kendall J. Newman_____

27                                    KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE
28  asbe1494.prop.ord.eot.docx

                                          1